[Certiorari granted, 560 U. S. 923.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 08–1438. SOSSAMON *v.* TEXAS ET AL. C. A. 5th Cir. [Certiorari granted, 560 U. S. 923.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 10–5898. PARKER *v.* POTTER. C. A. 11th Cir.;

No. 10–5967. HAMMANN *v.* FALLS/PINNACLE, LLC, ET AL.; and HAMMANN *v.* DEYO ET AL. Ct. App. Minn.;

No. 10–6205. THYKKUTTATHIL ET UX. *v.* UNITED STATES. C. A. Fed. Cir.; and

No. 10–6370. IN RE STARLING. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until November 8, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–6599. IN RE STAHL. Petition for writ of habeas corpus denied.

No. 10–6633. IN RE WILLIAMS. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8. JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.

No. 10–6331. IN RE PARKS. Petition for writ of mandamus denied.

No. 10–98. ASHCROFT *v.* AL-KIDD. C. A. 9th Cir. Certiorari granted limited to Questions 1 and 2 presented by the petition. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–920. SIMMONS ET AL. *v.* GALVIN, SECRETARY OF COMMONWEALTH OF MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.